UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2010 NOV -8 AM 11: 16

CLERK_____
SO. DIST. OF GA.

| | |
|---|---|
| RALPH EDWIN WATSON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. CV410-243 |
| ) | |
| WARDEN JOHNSON STATE ) | |
| PRISON, ) | |
| ) | |
| Respondent. ) | |

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this 8th day of November, 2010.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA